P. E. B. Fray, appellant, v. E. J. Hale, appellee. Gen. No. 39,222.

Opinion filed October 20, 1937. Rehearing denied November 2, 1937.

Black & Beermann, for appellant; Benjamin H. Black, of counsel. Howard & Greene, for appellee; H. L. Howard, of counsel.

Mr. Justice Hall delivered the opinion of the court.

---

Edwin W. Sims et al., trading as Sims, Stransky and Brewer, appellees, v. Otto C. Lightner and Lightner Publishing Corporation, appellants. Gen. No. 39,300.

Opinion filed October 20, 1937.

Arthur E. Mayo, for appellants; Walter H. Shurtleff, of counsel. Brelin, Britton & Landon, for appellees; Floyd E. Britton, of counsel.

Mr. Justice Hall delivered the opinion of the court.

---

J. D. Mikel, appellant, v. Illinois Racing Commission et al., appellees. Gen. No. 39,372.

Opinion filed October 20, 1937.

Charles J. Nuchal and John T. Murray, for appellant. Otto Kerner, Attorney General, for appellees; Earl B. Dickerson, Assistant Attorney General, of counsel.

Mr. Justice Hall delivered the opinion of the court.